Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FORUTOME IP LLC )
) Case No: 4:20-cv-03560-HSG
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**; Order
ELECRAFT INCORPORATED ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, David R. Bennett, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Forutome IP LLC in the above-entitled action. My local co-counsel in this case is Steven W. Ritcheson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
P.O. Box 14184
Chicago, IL 60614

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
578 Washington Blvd., #503
Marina del Rey, CA 90292

MY TELEPHONE # OF RECORD:
(312) 291-1667

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(818) 744-8714

MY EMAIL ADDRESS OF RECORD:
dbennett@directionip.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
swritcheson@insightplc.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6244124.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/29/20

David R. Bennett
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David R. Bennett is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/22/2020

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/29/2020

Re: David Randolph Bennett
Attorney No. 6244214

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that David Randolph Bennett was admitted to practice law in Illinois on 12/16/1997; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar