UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORUTOME IP LLC,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**ELECRAFT INCORPORATED,**<br><br>　　　　　Defendant. | Case No.: 4:20-cv-03560-HSG<br><br>**ORDER MOVING THE CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**DEMAND FOR JURY TRIAL** |

　　　The Stipulation requesting that the Case Management Conference be moved to October 13, 2020 at 2:00 p.m. and Elecraft Incorporated's time to respond to the complaint is extended to September 9, 2020 is GRANTED.  IT IS ORDERED that the Telephonic Case Management Conference is moved to October 13, 2020, at 2:00 p.m. and Elecraft Incorporated's time to respond to the complaint is extended to September 9, 2020.  All counsel shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

　　　For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.  The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

_/s/ Haywood S. Gilliam, Jr._
United States District Judge